IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHAN HENDRIX
and AARON HENDRIX                                                                        PLAINTIFFS

v.                                          3:07CV00151WRW/HLJ

DICK BUSBY, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of December, 2007.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1